IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.: 20-00087-KD-N |
| SAM JAMES SMITHERMAN III | : | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, Sam James Smitherman, III, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Count(s) One and Five** of the Indictment charging a violation of Conspiracy to Possess with Intent to Distribute Methamphetamine and Possession of a Firearm by a Prohibited Person (Unlawful Drug User)**.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offense(s) charged is supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the plea of guilty be accepted and that Defendant Sam James Smitherman, III, be adjudged guilty and have sentence imposed accordingly. The Court further recommends, upon the consent and agreement of the United States, that Defendant Smitherman remain on conditions of release after adjudication of guilt and pending sentencing given the existence of exceptional circumstances.

DONE and ORDERED this 19th day of August, 2020.

s/P. Bradley Murray
                                    UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.